**rguerra@brickellip.com**

| | |
|---|---|
| **From:** | rguerra@brickellip.com |
| **Sent:** | Monday, August 26, 2019 7:31 PM |
| **To:** | 'gabriels@sesderma.com'; 'contact@sesderma.com' |
| **Cc:** | 'rperez@brickellip.com' |
| **Subject:** | FW: Trademark Claim Received - Item Removed |

Dear Mr. Serrano,

    We represent the interests of Walmart Marketplace seller, beautyvice.  Our client recently received the following notice from Walmart, stating that Walmart has received a report from Sesderma that one of our client's listings has been removed as a result of Sesderma's purported rights in the ATOPISES mark.

    Because Sesderma's notice is directly impacting our client's listings on Walmart Marketplace, and because there is no support whatsoever for the contention that the products associated with this listing somehow infringe in the ATOPISES mark, we request that you immediately (i.e., within five (5) business days) communicate to Walmart Marketplace that the notice relating to our client's listing was issued in error.  If this listing is not immediately reinstated, our client is prepared to pursue all available remedies as a result of any unsupported and illegal notices Sesderma has directed towards Walmart Marketplace, including but not limited to tortious interference with our client's business relationships, trademark misuse, and violations of federal and state unfair competition laws.

    Please have your counsel contact us directly if you would like to discuss this matter in greater detail.

Sincerely,

Richard Guerra, Esq.
Member
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Direct: 786-405-2453
e-mail: rguerra@brickellip.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

---------- Forwarded message ----------
**From:** IP Investigations <IPInvest@walmart.com>
**Date:** Aug 13, 2019, 12:58 PM -0400
**To:** Robert Roque <robert@verbenaproducts.com>
**Subject:** Trademark Claim Received - Item Removed

Hello Beautyvice,

1

**EXHIBIT C TO AMENDED COMPLAINT**

This email is to inform you that we have removed a product from your Walmart Marketplace inventory as ATOPISES is trademarked by SESDERMA .

The removed item is listed below:

- Item ID: 829843521 - Sesderma Atopises Body Lotion Milk, 13.53 Fl Oz

For information on the trademark, please refer to [here](#).

Please take time to review and remove any similar products in your inventory. If you would like to relist the removed item, please do so using content that does not infringe on a brand's trademark. Additional violations may result in sanctions placed on your account.

Thank you for your cooperation and contribution to the Walmart Marketplace.

Regards,

Winston
Walmart Trust & Safety

EXHIBIT C TO AMENDED COMPLAINT