UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23778-CIV-ALTONAGA/Goodman

**VERBENA PRODUCTS LLC**,

    Plaintiff,
v.

**SESDERMA USA LLC**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants, Sesderma USA LLC and Sesderma SL's Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 20]. Defendants seek to dismiss Plaintiff, Verbena Products LLC's Amended Complaint [ECF No. 14] for failure to state a claim. On November 26, 2019, the parties attended a hearing on the motion. (*See* [ECF No. 27]).

For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Defendants, Sesderma USA LLC and Sesderma SL's Motion to Dismiss Plaintiff's Amended Complaint **[ECF No. 20]** is **DENIED**. Defendants shall file an answer on or before **December 16, 2019**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of November, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record