UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23778-ALTONAGA/Goodman

**VERBENA PRODUCTS LLC**,

    Plaintiff,
v.

**SESDERMA USA LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On November 7, 2019, the Court entered an Order [ECF No. 22] scheduling mediation for February 25, 2020. The Order reminded the parties a mediation report was due within seven (7) days of the mediation conference. (*See id.*). To date, no mediation report detailing the outcome of the mediation conference has been received, nor has the Court received notice the mediation conference was cancelled. Accordingly, it is

**ORDERED** that by **March 6, 2020** the parties shall submit either a mediation report indicating the results of the February 25, 2020 mediation conference, or a proposed order rescheduling mediation, if the mediation conference was cancelled. Failure to comply may result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 4th day of March, 2020.

                                                  _____
                                                  CECILIA M. ALTONAGA
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record