UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-cv-23778-CMA

VERBENA PRODUCTS LLC d/b/a BEAUTYVICE,
a Florida limited liability company,

        Plaintiff,

v.

SESDERMA USA LLC,
a Florida limited liability company;
SESDERMA, S.L.,
a foreign limited liability company,

        Defendants.
_____/

## NOTICE OF FILING PROPOSED ORDER RESCHEDULING MEDIATION

PLEASE TAKE NOTICE Defendant Verbena Products LLC d/b/a Beautyvice, by undersigned counsel and pursuant to this Court's March 4, 2020 Order (ECF No. 35), hereby files the attached Proposed Order Rescheduling Mediation.

Date:   March 5, 2020

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

By:     s/ *Nicole Fundora*_____
       Richard Guerra
       Fla. Bar No. 689521
       Email: rguerra@brickellip.com
       Rafael Perez-Pineiro
       Fla. Bar No. 543101
       Email: rperez@brickellip.com
       Nicole Fundora
       Fla. Bar No. 1010231
       Email: nfundora@brickellip.com
       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF notice on March 5, 2020 on all counsel or parties of record on the Service List below.

s/ <i>Nicole Fundora</i><br>
Nicole Fundora

## SERVICE LIST

SANCHELIMA & ASSOCIATES, P.A.
Christian Jay Sanchelima
Email: chris@sanchelima.com
Jesus Sanchelima
Email: jesus@sanchelima.com
235 S.W. LeJeune Road
Miami, FL 33134
Telephone: (305) 447-1617
Facsimile: (305) 445-8484
*Counsel for Defendants*